◼ In the Matter of the Claim of RANDOLPH H. LOWE, Respondent, v NATIONAL MARITIME UNION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—Appeal from decisions of the Workmen's Compensation Board, filed November 20, 1972, July 24, 1975, January 27, 1977 and April 7, 1977. The board found: "based on the evidence in the record, that claimant was under the direct supervision and control of the National Maritime Union and was paid $40.00 per week plus room and board for services rendered while being trained for a job aboard ship. The Board panel finds employee-employer relationship." There is substantial evidence on this record to support the findings of the board. Decisions affirmed, without costs. Koreman, P. J., Greenblott, Kane, Larkin and Mikoll, JJ., concur.